## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 14-28921-EPK
INGRAM, CLARENCE L.                              Chapter 13
SSN: XXX-XX-5285

_____ Debtor        /

### DEBTOR'S MOTION TO MODIFY PLAN CHAPTER 13 PLAN

COMES NOW, DEBTOR, CLARENCE L. INGRAM, by and through undersigned Counsel and hereby files Debtor's Motion to Modify Chapter 13 Plan and in support states as follows:

1. The Debtor filed a voluntary chapter 13 bankruptcy petition on August 22, 2014;
2. The Debtor's Fourth Amended Plan was confirmed on March 30, 2015;
3. After confirmation, on March 30, 2015, the Internal Revenue Service (the "IRS") filed a Proof of Claim to include debt that was owed by Debtor for the year 2011.
4. The IRS has agreed to be paid through Debtor's First Modified Plan, which pays the IRS the priority amount of $ 1,503.08.
5. A fee of $525.00 has been charged for the filing of this motion and is reflected in the First Modified Plan and Amended Disclosure of Compensation of Attorney for Debtor.

WHEREFORE, the DEBTOR requests that his motion be Granted and prays for whatever further relief is deemed just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by CM/ECF: to ROBIN R. WEINER, TRUSTEE, P.O. Box 559007, Fort Lauderdale, FL 33355-9007;  Nicolas A Apfelbaum, 145 NW Central Park Plaza #200, Port St. Lucie, FL 34986; Matthew G Davis, 100 N Tampa St # 3700, Tampa, FL 33602; Brian L Rosaler, Esq, 1701 W Hillsboro Blvd # 400, Deerfield Bch., FL 33442 and by US Mail to VALERIE JACKSON c/o Internal Revenue Service, 400 W Bay Street M/S 5720, Jacksonville, FL 32202, and the attached

creditors matrix this 20th day of May 2015.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

            THE COHEN LAW FIRM, P.A.
            *Attorney for the Debtor(s)*
            1700 University Drive, Suite 210
            Coral Springs, FL 33071
            Tel:   (954) 346-1400
            FAX: (954) 346-0400

            By:            /s/
                  Brian J. Cohen, Esq.
                  For The Firm
                  Florida Bar No. 142298