UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
INGRAM, CLARENCE L.,                                      CASE NO.: 14-28921-EPK
                                                                   Chapter 13

      Debtor.
_____/

**NOTICE OF WITHDRAWAL AS
COUNSEL FOR CREDITOR, WILLIAM F.
TANENBAUM, AND REQUEST FOR REMOVAL FROM
COURT MATRIX, ELECTRONIC NOTICES, AND OTHER SERVICE LISTS**

PLEASE TAKE NOTICE that pursuant to Local Rule 2091-1 of the Local Rules of this Court and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, attorney NICOLAS APFELBAUM and the law firm of APFELBAUM LAW, hereby withdraw their appearance as counsel of record for Creditor, WILLIAM F. TANENBAUM, who is not a party to any pending contested matter or adversary proceeding, in the above-styled bankruptcy estate.  Apfelbaum Law and attorney Nicolás A. Apfelbaum, Esq. request that the Clerk of the Court remove them from the court matrix, electronic notices, including all Notices of Electronic Filing, and other service lists in this case as counsel of record for Creditor, William F. Tanenbaum.

All future correspondence, pleadings, notices, and other court filings should be directed to:

**Friedman, P.A.**
c/o William F. Tanenbaum
340 Royal Poinciana Way Ste 317-202
Palm Beach, FL 33480-4048

Dated: September 17, 2015.

           Respectfully submitted,

           **APFELBAUM LAW**

           s/Nicolás A. Apfelbaum          .
           Nicolás A. Apfelbaum, Esquire
           Florida Bar No.: 68132
           napfelbaum@alawfl.com
           Apfelbaum Law
           PO Box 7156
           Port St. Lucie, FL 34985
           Telephone (772) 236-4009

**<u>CERTIFICATE OF SERVICE</u>**

   I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon filing the same through the CM/ECF system, which will send a Notice of Electronic Filing to all counsel or parties of record, including those on the Service List below:

Robin R. Weiner, Esq.
P.O. Box 559007
Fort Lauderdale, FL 33355-9007
*Trustee*

Brian J. Cohen, Esq.
1700 University Drive
Suite 210
Coral Springs, FL 33071
*Attorney for Debtor*

Office of the US Trustee
51 SW 1st Av.
Suite 1204
Miami, FL 33130
*U.S. Trustee*

Matthew G Davis, Esq.
100 N Tampa St.
Suite 3700
Tampa, FL 33602

Brian L Rosaler, Esq.
701 W Hillsboro Blvd
Suite 400
Deerfield Bch., FL 33442

and by US Mail to

Valerie Jackson
c/o Internal Revenue Service
400 W Bay Street
M/S 5720
Jacksonville, FL 32202

Friedman, P.A.
c/o William F. Tanenbaum
340 Royal Poinciana Way
Suite 317-202
Palm Beach, FL 33480-4048
*Creditor*

on this 17th day of September, 2015.

                                              s/Nicolás A. Apfelbaum         .
                                              Nicolás A. Apfelbaum, Esquire